Eric C. Kastner, CA Bar Number 53,858
Kastner Banchero, LLP
2465 East Bayshore Road, Suite 405
Palo Alto, California 94303
Telephone: (650)967-7854
Facsimile: (650)320-9640
e-mail: ECK@kastnerbanchero.com

Bert P. Krages II, Oregon State Bar No. 87279 (*Pro Hac Vice*)
Attorney at Law
6665 S.W. Hampton Street, Suite 200
Portland, OR 97223
Telephone: (503) 597-2525
Facsimile: (503) 597-2549
e-mail: krages@onemain.com

Attorneys for Plaintiff
HANS HALBERSTADT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANS HALBERSTADT, an individual,<br>Plaintiff,<br><br>v.<br><br>COPSHOTS.COM INC., a California corporation, JONATHAN GRACE, an individual, and GUY WOLFE, an individual,<br>Defendants. | Case No. C05 01739 CRB<br><br>~~[PROPOSED]~~ ORDER AND NOTICE OF VOLUNTARY DISMISSAL OF PARTY PURSUANT TO FRCP 41 |

Plaintiff HANS HALBERSTADT hereby gives notice of voluntary dismissal of the action against the Defendant GUY WOLFE, without prejudice, pursuant to Rule 41(a) of the Federal

Rules of Civil Procedure.

DATED: July 13, 2005

/s/

Bert P. Krages II, OSB No. 87279
Attorney at Law
6665 S.W. Hampton Street, Suite 200
Portland, OR 97223
appearing *Pro Hac Vice*

Of Attorneys for Plaintiff

* * *

O R D E R

IT IS SO ORDERED.

DATED: July 14, 2005

UNITED STATES DISTRICT COURT
APPROVED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER AND NOTICE OF VOLUNTARY DISMISSAL OF PARTY PURSUANT TO FRCP 41 - C05 01739 - Page 2

**Certificate of Service**

I, certify that I caused to be served a copy of the [PROPOSED] ORDER AND NOTICE OF VOLUNTARY DISMISSAL OF PARTY PURSUANT TO FRCP 41 by first class mail on the following:

David P. Beitchman
Beitchman & Zekian
510 West Sixth Street
Penthouse 1220
Los Angeles, CA 90014

Deposited in the post office on: July 13, 2005

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                /s/
                                          Bert P. Krages II