Eric C. Kastner, CA Bar Number 53,858
Kastner Banchero, LLP
2465 East Bayshore Road, Suite 405
Palo Alto, California 94303
Telephone: (650)967-7854
Facsimile: (650)320-9640
e-mail: ECK@kastnerbanchero.com

Bert P. Krages II, Oregon State Bar No. 87279 (*Pro Hac Vice*)
Attorney at Law
6665 S.W. Hampton Street, Suite 200
Portland, OR 97223
Telephone: (503) 597-2525
Facsimile: (503) 597-2549
e-mail: krages@onemain.com

Attorneys for Plaintiff
HANS HALBERSTADT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANS HALBERSTADT, an individual, ) <br>                       Plaintiff, ) <br>                             ) <br>        v.                   ) <br>                             ) <br> COPSHOTS.COM INC., a California ) <br> corporation, JONATHAN GRACE, an ) <br> individual, and GUY WOLFE, an individual, ) <br>                     Defendants. ) <br> _____) | Case No. C05 01739 CRB <br><br> [PROPOSED] ORDER AND REQUEST FOR EXTENSION OF TIME TO FILE CERTIFICATION |

    Plaintiff HANS HALBERSTADT hereby requests that the Court extend the time to March 10, 2006 to file a certification regarding delivery of agreed consideration of the settlement

[PROPOSED] ORDER AND REQUEST FOR EXTENSION OF TIME TO FILE CERTIFICATION - C05 01739 - Page 1

reached on November 2, 2005 during a settlement conference before Magistrate Judge Spero. Counsel for Defendants does not oppose this request.

The Court issued a notice of dismissal on November 7, 2005 dismissing the case without prejudice, but conditioned the dismissal on any party being able to certify to the Court within 30 days that the agreed consideration has not been received. The Court issued a previous extension of time on December 9, 2005 to allow the parties to receive the transcript and prepare the settlement documents. Such documents have been prepared but more time is needed to allow for their circulation to and execution by the parties.

DATED: January 24, 2006

/s/
Bert P. Krages II, OSB No. 87279
Attorney at Law
6665 S.W. Hampton Street, Suite 200
Portland, OR 97223
appearing *Pro Hac Vice*

Of Attorneys for Plaintiff

\*   \*   \*

O R D E R

IT IS SO ORDERED.

DATED: January 27, 2006



CHARLES R. BREYER
DISTRICT JUDGE