Eric C. Kastner, CA Bar Number 53,858
Kastner Banchero, LLP
2465 East Bayshore Road, Suite 405
Palo Alto, California 94303
Telephone: (650)967-7854
Facsimile: (650)320-9640
e-mail: ECK@kastnerbanchero.com

Bert P. Krages II, Oregon State Bar No. 87279 (*Pro Hac Vice*)
Attorney at Law
6665 S.W. Hampton Street, Suite 200
Portland, OR 97223
Telephone: (503) 597-2525
Facsimile: (503) 597-2549
e-mail: krages@onemain.com

Attorneys for Plaintiff
HANS HALBERSTADT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANS HALBERSTADT, an individual, <br>             Plaintiff, <br><br>     v. <br><br> COPSHOTS.COM INC., a California corporation, JONATHAN GRACE, an individual, and GUY WOLFE, an individual, <br>             Defendants. | Case No. C05 01739 CRB <br><br> [REVISED PROPOSED] <br> PERMANENT INJUNCTION |

It is hereby ordered that Copshots.com, Inc., Jonathan Grace, and Guy Wolfe are hereby enjoined for five years from the date of entry from:

1. using the word "militaryphoto"on their websites, and

[REVISED PROPOSED] PERMANENT INJUNCTION—C05 01739 - Page 1

2. using the term "military" during any period of time, when the website or websites do not offer military images.

In the event that a website or websites of Copshots.com, Inc., Jonathan Grace, or Guy Wolfe offer military images, they shall not use the term "military" within five words of the phrases "stock photography" and "stock photo," or within the same comma-delineated meta tags, other data, the title bar, text, body text, and invisible text such as when the body text is displayed in the same color as the background color.

Except as respects this permanent injunction, this case is dismissed in its entirety, each side to bear their own attorney's fees and costs.

IT IS SO ORDERED

DATED:    March 16, 2006

_____
THE HONORABLE CH
UNITED STAT



[REVISED PROPOSED] PERMANENT INJUNCTION—C05 01739 - Page 2