**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANS HALBERSTADT, | No. C 05-01739 CRB |
| Plaintiff, | **ORDER RE: MOTION TO WITHDRAW** |
| v. | |
| COPSHOTS.COM INC. et al., | |
| Defendant. | |

Now pending before the Court is the motion of defendant's counsel, Flynn, Delich & Wise, to withdraw as counsel for defendant. As this action has been terminated, and judgment entered against defendant, counsel's motion is DISMISSED as moot. No action is currently pending before the Court.

**IT IS SO ORDERED.**

Dated: October 10, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1739\orderrewithdrawal.wpd